Cite as 2024 Ark. 186

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS SUPREME COURT
COMMITTEE ON AUTOMATION

**Opinion Delivered:** December 12, 2024

.

---

## PER CURIAM

Circuit Judge-Elect John Thomas Shepherd, Thirteenth Judicial Circuit, of El Dorado; District Court Judge Lance Wright, of Heber Springs; Circuit Judge-Elect (current District Court Judge) Melanie Martin, of Little Rock; Representative Matt Brown, of Conway; Robbi Riggs, Deputy General Counsel – Office of Arkansas Attorney General, of Little Rock; Prosecuting Attorney Ben Hale, Eighth North Judicial District, of Prescott; Washington County Circuit Clerk Kyle Sylvester, of Fayetteville; Faulkner County Circuit Clerk Nancy Eastham, of Conway; and Andy Taylor, Esq., of Little Rock, are appointed to the Arkansas Supreme Court Committee on Automation for three-year terms to expire on December 31, 2027. We thank them for their willingness to serve on this important committee.

Circuit Judge Shannon Blatt, District Court Judge Jessica Steele Gunter, and Chief District Court Clerk Grace Gault are reappointed to the Arkansas Supreme Court

Committee on Automation for three-year terms to expire on December 31, 2027.  The court extends its appreciation to these members for their continued service.

The Court expresses its gratitude to the following outgoing members: Circuit Judge Christopher Morledge; Circuit Judge Rob Wyatt; District Court Judge Ann Hudson; District Court Judge Sarah Capp; Representative Robin Lundstrum; Prosecuting Attorney David Ethredge; Crawford County Circuit Clerk Sharon Blount-Baker; Candace Edwards; and Rashauna Norment, Esq., whose terms have expired, for their years of service to this committee.